UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

RE: **Marcel Doreal SWIFT**
**Docket Number: 2:04CR00045-01**
**PERMISSION TO TRAVEL**
**OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Pelican Key, St. Maarten, in the Caribbean. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On October 22, 1996, Marcel Doreal Swift was sentenced for the offense(s) of Armed Bank Robbery and Use of a Firearm.

**Sentence imposed:** 41 months on Count 1 and 60 months on Count 2 to run consecutive. He was placed on five years supervised release. Special conditions include search, substance abuse treatment and testing, aftercare co-payment.

**Dates and Mode of Travel:** September 16, 2007, through September 23, 2007. He will be traveling by air, however, as of yet they have not purchased their airline tickets.

**Purpose:** Mr. Swift will be getting married on September 15, 2007, and he and his wife would like to travel to St. Maarten for their honeymoon.

**RE:**  **Marcel Doreal SWIFT**
    **Docket Number:   2:04CR00045-01**
    **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


                    Respectfully Submitted,

                    /s/   Cynthia J. Mazzei

                    **CYNTHIA J. MAZZEI**
                    **United States Probation Officer**

**DATED:**    August 24, 2007
        Sacramento, California
        CJM:jz


**REVIEWED BY:**        /s/   Kyriacos M. Simonidis
            **KYRIACOS M. SIMONIDIS**
            **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved      X                    Disapproved _____

Dated:  August 30, 2007

                    _____
                    GARLAND E. BURRELL, JR.
                    United States District Judge